# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF A.T.

NO.  2019 CW 1171

**SEP 3 0 2019**

---

In Re:   C.T. (Mother of A.T.), applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. J-17359.

---

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT